IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GOREA PIANTONI,

      Petitioner,         No. CIV S-06-0642 MCE GGH P

   vs.

THOMAS HOGAN, Warden York County Prison, DEPARTMENT OF HOMELAND SECURITY, BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT (B.I.C.E.),

      Respondents.         <u>ORDER</u>

      Petitioner, an individual evidently in the custody of the United States Department of Homeland Security proceeding pro se, has filed what this court will construe as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. There has been no ruling on petitioner's application to proceed in forma pauperis.

      Petitioner is incarcerated at York County Prison in York County, Pennsylvania, which is in an area covered by the United States District Court for the Middle District of Pennsylvania. Petitioner apparently challenges his indefinite detention following issuance of a final deportation order of unknown date.[1]

---

[1] Petitioner has purported to file, inter ali,1) a petition for writ of habeas corpus under 42 U.S.C. § 1983 [sic]; 2) a civil action pursuant to 28 U.S.C. § 1915 [sic]; 3) a complaint regarding illegal detention under 28 U.S.C. § 2243; 4) a motion pursuant to 28 U.S.C. § 2255. This court is unable to untangle the gravamen of petitioner's action but it is apparent that this court lacks personal jurisdiction over Warden Hogan and proper venue as to the other defendants is lacking

The Secretary for the United States Department of Homeland Security and the United States Attorney General may or may not be the proper respondents in a habeas corpus petition brought by immigration detainees. See Armenterio v. I.N.S., 412 F.3d 1088 (9th Cir. 2005) Bergon, J. dissenting and discussing Rumsfeld v. Padilla, 542 U.S. 426, 124 S. Ct. 2711 (2004). Venue is governed by 28 U.S.C. § 2241(d) and is appropriate only in the district of confinement, or the district of conviction (not applicable here).

Given that petitioner is presently incarcerated in the United States District Court for the Middle District of Pennsylvania, in the interests of justice the court will transfer this matter to that court.

In accordance with the above, IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Middle District of Pennsylvania.

DATED: 10/20/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
pian0642.trs

---

assuming the agencies are properly named at all.